# United States District Court for the Northern District of Illinois

Case Number: __08C50156__     Assigned/Issued By: __[signature]__

## FEE INFORMATION

Amount Due:  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Paid: _____     Fiscal Clerk: _____

## ISSUANCES

Type Of Issuance:
- ☑ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

1 Original and __2__ copies on __7/30/08__ as to _____
(Date)
__City of Freeport + Bryan Politsch__

C:\wpwin80\docket\feeinfo.frm   01/01